SAO
DARRELL D. DENNIS
Nevada Bar No. 6618
STEVEN B. ABBOTT
Nevada Bar No. 10303
BLAKE A. DOERR
Nevada Bar No. 9001
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: 702.893.3383
Fax: 702.893.3789
E-Mail: Darrell.Dennis@lewisbrisbois.com
E-Mail: Steven.Abbott@lewisbrisbois.com
E-Mail: Blake.Doerr@lewisbrisbois.com
*Attorneys for Defendant*
*THE SIGNATURE CONDOMINIUMS, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DINA MAMUNES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE SIGNATURES CONDOMINIUMS, LLC dba THE SIGNATURE AT MGM GRAND, a Nevada Domestic Limited-Liability Company, DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:16-CV-1869-JCM-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IS HEREBY STIPULATED by and between the parties through their undersigned counsel of record that;

FIRST, all claims against all Defendants in this matter are to be dismissed with prejudice;

SECOND, that each party shall bear its own fees and costs incurred in this matter; and

///

4812-1437-3707.1

THIRD, that this stipulation resolves this matter in its entirety and this case should be CLOSED.

IT IS SO STIPULATED.

| DATED this 30th day of August, 2017 | DATED this 30th day of August, 2017. |
|---|---|
| **REMMEL LAW FIRM** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| /s/ Jonathan T. Remmel | /s/ Blake A. Doerr |
| Jonathan T. Remmel<br>REMMEL LAW FIRM<br>6900 Westcliff Drive, Suite 504<br>Las Vegas, NV 89145<br>Tel: 702.522.7707<br>Fax: 702.475.4040<br>Email: jremmel@remmellaw.com<br>*Attorney for Plaintiff* | DARRELL D. DENNIS<br>Nevada Bar No. 6618<br>CORY R. EICHELBERGER<br>Nevada Bar No. 10577<br>BLAKE A. DOERR<br>Nevada Bar No. 9001<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>Telephone: 702.893.3383<br>*Attorneys for Defendant* |

Dina Mamunes v. The Signature Condominiums, LLC et al.
Case No. 2:16-CV-1869-JCM-PAL

## ORDER

Pursuant to the stipulation of the parties and for good cause shown;

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that all claims against all Defendants in this matter are dismissed with prejudice;

IT IS FURTHER ORDERED that each party shall bear its own fees and costs incurred in this matter; and

IT IS FURTHER ORDERED that this stipulation resolves this matter in its entirety and this case is CLOSED.

**IT IS SO ORDERED**.

DATED September 7, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

 /s/ Blake A. Doerr
_____
DARRELL D. DENNIS
Nevada Bar No. 6618
STEVEN B. ABBOTT
Nevada Bar No. 10303
BLAKE A. DOERR
Nevada Bar No. 9001
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Attorneys for Defendants

4812-1437-3707.1            3